IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> FEDERAL NATIONAL MORTGAGE : <br> ASSOCIATION, *et al*. : <br> : <br> Defendants. : | Civil Action No. 1:05CV01483 <br><br> Judge John D. Bates |

**CONSENT MOTION FOR EXTENSION OF TIME**

On behalf of the parties, defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch and Grace Huebscher, by and through their undersigned counsel, hereby move for an Extension of Time to answer or otherwise respond to the Complaint filed in this cause and state:

1. Fannie Mae was served with process on August 3, 2005.

2. A response to the Complaint by answer or motion is thus due on August 23, 2005.

3. Defendants request an extension through and including September 12, 2005.

4. This motion is filed in good faith to permit counsel for defendants to properly investigate the facts and law prior to filing a response and is not filed merely for the purposes of delay.

5. Counsel for the Plaintiff, Marialice Bathrus Williams, has consented to the requested extension.

WHEREFORE, Defendants respectfully request this Court to grant this Consent Motion for Extension of Time.

August 22, 2005                              Respectfully Submitted,


/s/ Brian P. Brooks
Brian P. Brooks, Esq. (DC Bar 448987)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300
*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL NATIONAL MORTGAGE<br>　　ASSOCIATION, *et al*.<br><br>　　Defendants. | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Consent Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint by Answer or Motion, it is hereby ordered that:

1.　　The Motion is GRANTED; and

2.　　Defendants may file a response to Plaintiff's Complaint by Answer or Motion on or before September 12, 2005.

									_____
									HONORABLE JUDGE JOHN D. BATES
									United States District Court Judge

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 22nd day of August, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                              /s/ Kyra Grundeman
                                              Kyra Grundeman