IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al*.<br><br>    Defendants. | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

### DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION'S CERTIFICATE OF LOCAL RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for defendant Federal National Mortgage Association ("Fannie Mae"), certify that to the best of my knowledge and belief, Fannie Mae has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

/s/ Brian P. Brooks
Brian P. Brooks, Esq. (DC Bar 448987)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300
*Counsel for Defendant Federal National Mortgage Association*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 22nd day of August, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                     /s/ Kyra Grundeman
                                                     Kyra Grundeman