IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV014823 |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | Judge John D. Bates |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF"S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Marialice Bathrus Williams, by and through her undersigned counsel, hereby files this "Consent Motion for Extension of Time" to respond to the Defendants' Motion to Dismiss filed in this docket, and in support hereof states:

1. Marialice Bathrus Williams was served with the Defendants' Motion to Dismiss on September 12, 2005, by mail.

2. Pursuant to the Local Rules and the Federal Rules of Civil Procedure, an Opposition to the Defendants' Motion is due on or before September 26, 2005.

3. Plaintiff requests an extension for the filing of its Opposition through and including October 31, 2005, largely based upon existing travel plans of counsel and other litigation responsibilities.

4. This Motion is being filed after having discussed with Counsel for Defendants the request, and the grounds for the extension to the aforementioned date. Counsel for Defendants has consented to the Motion, and to the requested date of the extension.

5.  Defendants' Motion is dispositive in nature, and requires a detailed response in opposition.  This extension of time to respond is filed in good faith, and not for the purposes of delay of this proceeding.

6. A proposed Order is provided herewith.

WHEREFORE, Plaintiff respectfully requests this Court to grant this Consent Motion for Extension of Time.

    Respectfully submitted,

    /S/
Michael W. Beasley, Esq.
D. C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia  22046
Phone:  (703) 241-2909
Fax:  (703) 241-5885


    /S/
Brian Lederer, Esq.
D. C. Bar No. 184184
3003 Van Ness St., NW, Suite #W228
Washington, D. C.  20008
Phone:  (202) 244-1715
Fax:  (202) 244-7833

*Counsel for Plaintiff*
*Marialice Bathrus Williams*

September  22, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV014823<br><br>Judge John D. Bates |

ORDER

Upon consideration of the Plaintiff's Consent Motion for Extension of Time for Plaintiff to respond in opposition to Defendants' pending Motion to Dismiss, it is hereby ordered that:

1. The Plaintiff's Motion is GRANTED; and

2. Plaintiff may file a response to Defendants' Motion to Dismiss on or before October 31, 2005.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that one copy each of the foregoing "Plaintiff's Consent Motion for Extension of Time," with proposed Order, were provided by first-class mail, postage prepaid, this 22d day of September 2005, to the following named counsel for Defendants:

Brian P. Brooks, Esquire
O'Melveny & Myers, LLP
1625 Eye Street, N. W.
Washington, D. C.  20006

Counsel for Defendants


　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　Michael W. Beasley, Esq.
　　　　　　　　　　　　　　　　D. C. Bar No. 248930

　　　　　　　　　　　　　　　　Counsel for Plaintiff