## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARIALICE BATHRUS WILLIAMS,

    Plaintiff,

    vs.

FEDERAL NATIONAL MORTGAGE
    ASSOCIATION, *et al.*

    Defendants.

Civil Action No. 1:05CV01483

Judge John D. Bates

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Brian P. Brooks as counsel for defendants Federal

National Mortgage Association ("Fannie Mae"), Richard Lawch and Grace Huebscher.

October 17, 2005

Respectfully submitted,

Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National
Mortgage Association, Richard Lawch and
Grace Huebscher*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 17th day of October, 2005 upon:

Michael W. Beasley, Esq.                    Brian Lederer, Esq.
411 East Broad Street                       3003 Van Ness Street, N.W.
Falls Church, VA 22046                      Suite #W228
                                            Washington, D.C. 20008


Sarah A. Goldfrank