**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : | |
| Plaintiff, : | Civil Action No. 1:05CV01483 |
| vs. : | Judge John D. Bates |
| FEDERAL NATIONAL MORTGAGE : ASSOCIATION, *et al*. : | |
| Defendants. : | |

**[PROPOSED] ORDER**

Upon consideration of Defendants Federal National Mortgage Association ("Fannie

Mae"), Richard Lawch, and Grace Huebscher's Motion to Dismiss Plaintiff Marialice B.

Williams's Complaint for failure to state a claim upon which relief can be granted, it is hereby

ordered that:

1.    The Motion is GRANTED; and

2.    Plaintiff Marialice B. Williams's Complaint is hereby dismissed with prejudice.


_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge

2

**<u>CERTIFICATE OF SERVICE</u>**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of November, 2005 upon:

Michael W. Beasley, Esq.       Brian Lederer, Esq.
411 East Broad Street        3003 Van Ness Street, N.W.
Falls Church, VA 22046       Suite #W228
                Washington, D.C. 20008


             <u>/s/ Kyra Grundeman</u>
             Kyra Grundeman