**<u>EXHIBIT A</u>**



Louis W. Hoyes

Senior Vice President
Multifamily Lending and
Investment

3900 Wisconsin Avenue, NW
Washington, DC 20016-2892
phone 202 752 4324

May 26, 1998


Mr. Bob Jones
President & Chairman
CAM Financial Services
1542 East Beach Blvd.
Gulfport, MS   39501

Dear Bob:

I wanted to take this opportunity to once again congratulate you on
the Metropolitan Savings Bank transaction of $92 million, that
received the Multifamily Deal of the Year Award for 1997.  As you
know, this achievement was a direct result of CAM Financial
Service's hard work and your alliance with AIG and Fannie Mae. Your
placement of the multifamily risk transfer insurance policy for
this transaction was a "first time event" for a MBS structured
transaction in our industry.   As a result of your successful
efforts, CAM, Fannie Mae and AIG anticipate enjoying an exclusive
agreement working on several pending transactions.

Fannie Mae currently has several pending transactions totalling
nearly $1 billion where multifamily credit risk transfer insurance
is the keystone to closing these transactions.  As you are well
aware, these transactions take months to structure as Fannie Mae
must conduct extensive underwriting due diligence in determining
pool risk and preparation of loan document delivery prior to Fannie
Mae completing the transaction and issuance of Fannie Mae's AAA
rated mortgage back securities.  Nonetheless, the first of these
transactions should close in late July or mid August.

Moreover, according to what I have been told, the recent marketing
reception at our Midwest Regional Office in Chicago was a huge
success.  Therefore, both Fannie Mae and CAM should anticipate new
transactions later this year, with some of the Fannie Mae customers
that attended that event, and I hope we can expand this type of
marketing activity to other Fannie Mae regions.


You have informed me that in order to pursue this business CAM has
had to obtain additional operating capital via an established
credit line with Hancock Bank, and that you consider the Bank, like

Mr. Bob Jones
May 26, 1998
Page 2

Fannie Mae, to be a good business partner. As such, it would be helpful if senior management of Hancock Bank could assist you with your immediate short term cash flow needs over the next ninety days. We reasonably assume that this should be sufficient time to permit Fannie Mae to close several more transactions facilitated by multifamily credit risk insurance arranged through CAM, which will generate insurance premium income to CAM.

Should any of your loan officers at Hancock Bank wish to speak with me regarding the commitment and confidence Fannie Mae has in CAM, I would be glad to talk with them. Bob, keep up the good work  and I hope we have a great business year together!

Respectfully,

LWH/sc

cc:  J. Robert Favre
     Sid Rice