IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, | : Civil Action No. 1:05CV01483 |
| Plaintiff, | : Judge John D. Bates |
| vs. | : |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al*. | : |
| Defendants. | : |

**DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION, RICHARD LAWCH, AND GRACE HUEBSCHER'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendants'[1] motion for summary judgment is based on the following undisputed material facts:

1. Plaintiff at one time worked for Fannie Mae, but left the company in June 1998. (Am. Compl. ¶ 19 (Ex. B).)

2. At no time after she left Fannie Mae did plaintiff have a contract to do any business with Fannie Mae. Plaintiff never, in fact, consummated a business relationship with Fannie Mae. (Am. Compl. ¶¶ 36, 42.)

3. Plaintiff's complaint and amended complaint both reference a May 26, 1998 letter from Lou Hoyes at Fannie Mae. (Compl. ¶ 22, 23, and 32 (Ex. A); Am. Compl. ¶¶ 22, 23, and 32.) The letter suggests the possibility of business between Fannie Mae and a third party – CAM Financial Services – and indicates that such business could come "later this year [1998]." (Hoyes Letter, attached hereto at Exhibit G.)

---

[1] Collectively, Federal National Mortgage Association ("Fannie Mae"), Richard Lawch ("Lawch"), and Grace Huebscher ("Huebscher").

4. On August 29, 2004, plaintiff sent Fannie Mae's CEO a draft complaint and attached a copy of a May 2001 e-mail between defendants Lawch and Huebscher. Plaintiff stated in her draft complaint that the e-mail "made the blackball clear." (*See* Draft Compl. ¶ 19 (Ex. C).) The draft complaint also asserted that plaintiff did not discover this e-mail until May 2002. (*Id.*)

5. This e-mail was forwarded to plaintiff on June 4, 2001. (Am. Compl. ¶ 46-47; Lawch/Huebscher e-mail (Ex. D).)

6. Plaintiff was deposed under oath on March 17, 2003, in the case of *CAM Financial Services, Inc. v. General Star Nat'l Insurance Co.*, Case No. 1:01-cv-314-BrR (S.D. Miss.) (Deposition of Marialice Bathrus Williams, taken on March 17, 2003 ("Williams Dep.") (Ex. E).)

7. In her deposition, plaintiff stated that:

   a. She understood the import of the e-mail immediately after receiving it, as "it was clear from this message that they [Fannie Mae] were not doing anything but taking my time and attention and using that with other people." (Williams Dep. at 88-89.)

   b. After she received the e-mail, "it was clear that Fannie Mae was not going to do business with me and I had to find work." (Williams Dep. at 91.)

   c. When asked how she knew that Fannie Mae had rejected plaintiff's proposal, she stated that it was "[i]n the context of this e-mail." (Williams Dep. at 102.)

   d. When asked why she forwarded the e-mail to a third party, she testified she had "spent a considerable amount of money and time trying to

honestly do business with Fannie Mae and ***it was clear from this message*** that they were not doing anything but taking my time and attention and using that with other people." (Williams Dep. at 88 (emphasis added).)

e. Plaintiff had discussions with others "as soon as probably I got this e-mail" and testified that "[i]t's pretty shocking when you spent almost two hundred and some thousand dollars building a business to suddenly one day walk in the door and no [sic] you don't have ding, after lies and lies and lies and confidentiality and being asked if you wanted to do it, and then being crapped on in the midst of all of it." (Williams Dep. at 94.)

f. Plaintiff stated that the e-mail was sent to her "because it's pretty clear from this e-mail that I was not going to be given the same opportunity as everyone else was being given to do this" and it was "because I was being screwed." (Williams Dep. at 94, 121.)

November 14, 2005                                  Respectfully submitted,

/s/ Evelyn L. Becker
Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of November, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                                /s/ Kyra Grundeman
                                                                Kyra Grundeman