IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al*.<br><br>    Defendants. | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

### [PROPOSED] ORDER

Upon consideration of Defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch, and Grace Huebscher's Motion for Summary Judgment, it is hereby ordered that:

1.    The Motion is GRANTED; and

2.    Defendant Fannie Mae, Defendant Richard Lawch, and Defendant Grace Huebscher are entitled to judgment on all of plaintiff's claims.

 

_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of November, 2005 upon:

Michael W. Beasley, Esq.  
411 East Broad Street  
Falls Church, VA 22046

Brian Lederer, Esq.  
3003 Van Ness Street, N.W.  
Suite #W228  
Washington, D.C. 20008

/s/ Kyra Grundeman  
Kyra Grundeman