**EXHIBIT D**

**Main Identity**

| | |
|---|---|
| From: | "Betty Dance" <betty_dance@fanniemae.com> |
| To: | <marialice@worldnet.att.net> |
| Sent: | Monday, June 04, 2001 10:41 AM |
| Subject: | [Fwd: Re: [Fwd: Fw: A few questions and an update from RMS]] |

-------- Original Message --------
    Subject: Re: [Fwd: Fw: A few questions and an update from RMS]
       Date: Thu, 31 May 2001 18:41:50 -0400
       From: "Grace Huebscher" <grace_huebscher@fanniemae.com>
Organization: Fannie Mae
         To: Richard S Lawch <richard_s_lawch@fanniemae.com>
 References: <3B163DD7.269B580B@fanniemae.com> <3B16C81B.7DBE3608@fanniemae.com>

Probably not so if we want to engage Craig on this project, that might be a better choice. If you like that plan then let's discuss what we want to ask Craig to find for us...may be you and I can discuss or put on Agenda for our Team's Weekly Strategic Meeting.

Richard S Lawch wrote:

> If Ofheo comes back with bad RBC rules we may be interested.   Are these different players
> than Craig is showing us?
>
> Grace Huebscher wrote:
>
>> Richard, Marialice wants to pursue the credit risk insurance for DUS risk. Do
>> we want to pursue with her? My gut is no but if you think it is worth
>> continuing discussions, I will focus on her questions.
>>
>> -------- Original Message --------
>>    Subject: Fw: A few questions and an update from RMS
>>       Date: Wed, 30 May 2001 10:05:36 -0400
>>       From: "Marialice Williams" <marialice@worldnet.att.net>
>>   Reply-To: "Marialice Williams" <marialice@worldnet.att.net>
>>         To: rhoda_e_newman@fanniemae.com,
>>             grace_huebscher@fanniemae.com
>>
>> I sent this message literally a week ago and for some reason my computer did not send out
>> several messages. Then I checked the message and it had an incorrect e-mail address for
>> Rhoda. I hope I am not sending this to Grace twice! Marialice
>> ----- Original Message -----
>> From: Marialice Williams
>> To: rhoda_s_newman@fanniemae.com ;
>> grace_huebscher@fanniemae.com Cc:hhartsfield@risk-mitigation.com Sent:
>> Wednesday, May 23, 2001 10:16 AM Subject: A few questions and an update from
>> RMS
>>  Update from RMS-- First the good news--we have the interest of three insurance companies,
>> two of whom are domestic. All are rated A+ and above. However, we need to know a couple
>> of things to facilitate our discussions with them: 1. Is there any interest on Fannie Mae's part in