IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al*.<br><br>Defendants. | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

**JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO REPLY**

Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher ("Defendants"), and plaintiff Marialice Bathrus Williams ("Plaintiff"), by and through their undersigned counsel, have reached an agreement wherein:

1. Defendants' time to file their Reply to Plaintiff's Response to Defendants' Motion to Dismiss be extended to and include December 9, 2005;

2. Plaintiff's time to file her Reply to Defendants' Response to Plaintiff's Motion for Continuance Under Rule 56(f) To Permit Discovery In Aid of Opposition to Defendants' Motion for Summary Judgment be extended to and include December 23, 2005;

3. This Joint Motion is filed in good faith and is not filed merely for the purposes of delay.

WHEREFORE, Defendants and Plaintiff respectfully request this Court to grant this Joint Motion for Extension of Time for Parties to Reply.

December 5, 2005                                            Respectfully Submitted,

/s/ Evelyn L. Becker
Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*

/s/ Michael W. Beasley (with permission)
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia 22046
(703) 241-2909 (phone)
(703) 241-5885 (fax)

/s/ Brian Lederer (with permission)
Brian Lederer, Esq.
D.C. Bar No. 184184
3003 Van Ness St., NW, Ste. #W228
Washington, D.C. 20008
(202) 244-1715 (phone)

*Counsel for Plaintiff Marialice Bathrus Williams*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 5th day of December, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                       /s/ Kyra Grundeman
                                                       Kyra Grundeman