IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE<br>    ASSOCIATION, *et al*.<br><br>    Defendants. | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Extension of Time for Parties to Reply, it is hereby ordered that:

1. The Motion is GRANTED; and

2. Defendants may file a reply to Plaintiff's Response to Defendants' Motion to Dismiss on or before December 9, 2005.

3. Plaintiff may file a reply to Defendants' Response to Plaintiff's Motion for Continuance under Rule 56(f) on or before December 23, 2005.

_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 5th day of December, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                                                  /s/ Kyra Grundeman
                                                                                 Kyra Grundeman