IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,   :<br>   :<br>   Plaintiff,   :<br>   :<br>vs.   :<br>   :<br>FEDERAL NATIONAL MORTGAGE   :<br>   ASSOCIATION, *et al*.   :<br>   :<br>   Defendants.   :<br>   : | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Continuance Under Rule 56(f) To Permit Discovery In Aid Of Opposition To Defendants' Motion For Summary Judgment, it is hereby ordered that:

1.   The Motion is DENIED; and

2.   Defendant Fannie Mae, Defendant Richard Lawch, and Defendant Grace Huebscher are entitled to judgment on all of plaintiff's claims.

 

_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 9th day of December, 2005 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                            /s/ Kyra Grundeman
                                            Kyra Grundeman