UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARIALICE BATHRUS WILLIAMS,**

    **Plaintiff,**

        v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,**

    **Defendants.**

Civil Action No. 05-1483 (JDB)

## ORDER

Upon consideration of defendants' motion to dismiss and, in the alternative, for summary judgment, and plaintiff's motion for continuance pursuant to Rule 56(f) to permit discovery in aid of her opposition to defendants' motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff's claims of racial discrimination pursuant to 42 U.S.C. § 1981 (Count I) may proceed only with respect to the claim that defendants unlawfully rejected her May 2001 proposal, and Count I is dismissed in all other respects; it is further

**ORDERED** that plaintiff's claims of tortious interference with business relationships or prospective economic advantage may proceed only with respect to defendants' alleged tortious interference with the CAM Financial co-brokerage agreement (Count IV), and Count IV is dismissed in all other respects; it is further

**ORDERED** that plaintiff's claims of retaliation under 42 U.S.C. § 1981 (Count II), civil conspiracy under 42 U.S.C. § 1985(3) (Count III), and intentional infliction of emotional distress (Count V) are **DISMISSED**; it is further

**ORDERED** that defendants' motion for summary judgment is **DENIED** without prejudice; and it is further

**ORDERED** that plaintiff's motion for continuance pursuant to Rule 56(f) to permit discovery in aid of her opposition to defendants' motion for summary judgment is **GRANTED**, and full discovery shall proceed in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the Court following the filing of defendants' answer to the amended complaint.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   June 26, 2006

Copies to:

Michael W. Beasley
411 East Broad St.
Falls Church, VA 22046
Email: beasleys@erols.com

Brian J.H. Lederer
3003 Van Ness St., NW
Suite W228
Washington, DC 20008

Evelyn L. Becker
Sarah Alexander Goldfrank
O'Melveny & Myers, LLP
1625 Eye St., NW
Washington, DC 20006
Email: ebecker@omm.com, sgoldfrank@omm.com