UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>    Defendants. | Civil Action No. 05-1483 (JDB) |

### ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for September 6, 2006, at 9:00 a.m. in Courtroom 8.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R.16.3(d), and in no event less than three business days before the initial scheduling conference.  Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the

requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

/s/
JOHN D. BATES
United States District Judge

Dated:   July 12, 2006

Copies to:

Michael W. Beasley
411 East Broad St.
Falls Church, VA 22046
Email: beasleys@erols.com

Brian J.H. Lederer
3003 Van Ness St., NW
Suite W228
Washington, DC 20008

Evelyn L. Becker
Sarah Alexander Goldfrank
O'Melveny & Myers, LLP
1625 Eye St., NW
Washington, DC 20006
Email: ebecker@omm.com, sgoldfrank@omm.com