IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:05CV01483 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.* | : Judge John D. Bates |
| Defendants. | : |

## APPEARANCE

Please enter the appearance of the undersigned counsel for defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch and Grace Huebscher.

August 17, 2006

Respectfully submitted,

_/s/ Kyra A. Grundeman_
Kyra A. Grundeman (D.C. Bar No. 493622)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*