UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIALICE BATHRUS WILLIAMS,

    Plaintiff,

        v.                              Civil Action No. 05-1483 (JDB)

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

    Defendants.

## SCHEDULING ORDER

Pursuant to the conference with the Court on September 6, 2006, and the Joint Rule 16.3 Report, it is hereby ORDERED as follows:

1. Amendments to the pleadings, if any, shall be filed by not later than October 31, 2006.

2. Rule 26(a)(2) expert disclosures, if any, shall be served by not later than November 6, 2006. Rebuttal expert disclosures, if any, shall be served by not later than January 5, 2007.

3. Each side shall be limited to seven (7) depositions, including depositions of experts and non-parties.

4. All discovery shall be completed by not later than March 5, 2007.

5. Dispositive motions shall be filed by not later than April 20, 2007. Oppositions shall be filed by not later than May 21, 2007. Replies shall be filed by not later than June 11, 2007.

6. A status hearing is scheduled for March 6, 2007, at 9:00 a.m. in Courtroom 8.

7. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date:  September 6, 2006