IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> FEDERAL NATIONAL MORTGAGE : <br> ASSOCIATION, *et al*. : <br> : <br> Defendants. : | Civil Action No. 1:05CV01483 <br><br> Judge John D. Bates |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher ("Defendants"), and plaintiff Marialice Bathrus Williams ("Plaintiff"), by and through their undersigned counsel, respectfully submit for this Court's review and approval a Stipulated Protective Order in the above-referenced case. This Protective Order was negotiated by the parties in order to serve their interests in conducting discovery in this case.

WHEREFORE, Defendants and Plaintiff respectfully request this Court to approve and enter the Stipulated Protective Order submitted herewith as Exhibit A.

December 14, 2006                              Respectfully Submitted,


                                               /s/ Kyra A. Grundeman
                                               Evelyn L. Becker (D.C. Bar No. 451163)
                                               Sarah A. Goldfrank (D.C. Bar No. 482382)

        Kyra A. Grundeman (D.C. Bar No. 493622)
        O'Melveny & Myers LLP
        1625 Eye Street, N.W.
        Washington, D.C. 20006
        (202) 383-5300 (phone)
        (202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*


/s/ Michael W. Beasley (with permission)
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia 22046
(703) 241-2909 (phone)
(703) 241-5885 (fax)

/s/ Brian Lederer (with permission)
Brian Lederer, Esq.
D.C. Bar No. 184184
3003 Van Ness St., NW, Ste. #W228
Washington, D.C. 20008
(202) 244-1715 (phone)

*Counsel for Plaintiff Marialice Bathrus Williams*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of December, 2006 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                                        /s/ Kyra A. Grundeman
                                                                      Kyra A. Grundeman