# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : | |
| Plaintiff, : | Civil Action No. 1:05CV01483 |
| vs. : | Judge John D. Bates |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al*. : | |
| Defendants. : | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Entry of Stipulated Protective Order, it is hereby ordered that:

1.  The Motion is GRANTED; and

2.  It is hereby ORDERED that the Clerk of the Court shall accept and file the Stipulated Protective Order affixed as Exhibit "A" to the Joint Motion for Entry of Stipulated Protective Order.

_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge