IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         :
MARIALICE BATHRUS WILLIAMS,              :
                                         :
    Plaintiff,                           :
                                         :   Civil Action No. 1:05CV01483
    vs.                                  :
                                         :   Judge John D. Bates
FEDERAL NATIONAL MORTGAGE               :
    ASSOCIATION, *et al*.                :
                                         :
    Defendants.                          :
_____:

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

    Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher ("Defendants"), and plaintiff Marialice Bathrus Williams ("Plaintiff"), by and through their undersigned counsel, file this Joint Motion to Amend the Scheduling Order and respectfully submit to this Court the following:

    1.    Defendants served Plaintiff with discovery requests on September 7, 2006. Due to health issues, Plaintiff has sought and received extensions of time to respond to discovery requests. Such extensions have delayed progress in this case.

    2.    The parties have conferred, and agreed to an amendment to the Scheduling Order, as follows:

    a.    All discovery shall be completed by not later than May 7, 2007.

    b.    Dispositive motions shall be filed by not later than June 21, 2007. Oppositions shall be filed by not later than July 23, 2007. Replies shall be filed by not later than August 13, 2007.

      c.    A status hearing previously was scheduled for March 6, 2007 at 9:00 a.m. in Courtroom 8.  The parties request that the status hearing be reset to a date following the close of discovery on a date convenient to this Court.

3.    This Joint Motion is filed in good faith and is not filed merely for the purposes of delay.

WHEREFORE, Defendants and Plaintiff respectfully request this Court to grant this Joint Motion to Extend the Scheduling Order.

December 14, 2006                                              Respectfully Submitted,

/s/ Kyra A. Grundeman
Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
Kyra A. Grundeman (D.C. Bar No. 493622)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*

/s/ Michael W. Beasley (with permission)
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia 22046
(703) 241-2909 (phone)
(703) 241-5885 (fax)

/s/ Brian Lederer (with permission)

Brian Lederer, Esq.
D.C. Bar No. 184184
3003 Van Ness St., NW, Ste. #W228
Washington, D.C. 20008
(202) 244-1715 (phone)

*Counsel for Plaintiff Marialice Bathrus Williams*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 14th day of December, 2006 upon:

| | |
|---|---|
| Michael W. Beasley, Esq. | Brian Lederer, Esq. |
| 411 East Broad Street | 3003 Van Ness Street, N.W. |
| Falls Church, VA 22046 | Suite #W228 |
| | Washington, D.C. 20008 |

                                                          /s/ Kyra A. Grundeman
                                                  Kyra A. Grundeman