# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIALICE BATHRUS WILLIAMS, :<br>:<br>Plaintiff, :<br>:<br>vs. :<br>:<br>FEDERAL NATIONAL MORTGAGE :<br>ASSOCIATION, *et al*. :<br>:<br>Defendants. : | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, it is hereby ordered that:

1. The Motion is GRANTED; and

2. All discovery shall be completed by not later than May 7, 2007; and

3. Dispositive motions shall be filed by not later than June 21, 2007. Oppositions shall be filed by not later than July 23, 2007. Replies shall be filed by not later than August 13, 2007; and

4. A status hearing is scheduled for [DATE] at [TIME] in Courtroom 8.

_____
HONORABLE JUDGE JOHN D. BATES
United States District Court Judge