IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : <br> : <br> Plaintiff, : <br> : Civil Action No. 1:05CV01483 <br> vs. : <br> : Judge John D. Bates <br> FEDERAL NATIONAL MORTGAGE : <br> ASSOCIATION, *et al*. : <br> : <br> Defendants. : | |

## RENEWED JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher ("Defendants"), and plaintiff Marialice Bathrus Williams ("Plaintiff"), by and through their undersigned counsel, respectfully submit for this Court's review and approval a revised Stipulated Protective Order in the above-referenced case. This Protective Order was negotiated by the parties in order to serve their interests in conducting discovery in this case, and was revised to reflect a small modification requested by this Court.

WHEREFORE, Defendants and plaintiff respectfully request this Court to approve and enter the Stipulated Protective Order submitted herewith as Exhibit A.

December 19, 2006                              Respectfully Submitted,


/s/ Sarah A. Goldfrank
Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
Kyra A. Grundeman (D.C. Bar No. 493622)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*


/s/ Michael W. Beasley (with permission)
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia 22046
(703) 241-2909 (phone)
(703) 241-5885 (fax)

/s/ Brian Lederer (with permission)
Brian Lederer, Esq.
D.C. Bar No. 184184
3003 Van Ness St., NW, Ste. #W228
Washington, D.C. 20008
(202) 244-1715 (phone)

*Counsel for Plaintiff Marialice Bathrus Williams*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail this 19th day of December, 2006 upon:

Michael W. Beasley, Esq.  
411 East Broad Street  
Falls Church, VA 22046

Brian Lederer, Esq.  
3003 Van Ness Street, N.W.  
Suite #W228  
Washington, D.C. 20008

 /s/ Sarah A. Goldfrank  
Sarah A. Goldfrank