IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV01483<br><br>Judge John D. Bates |

## NOTICE OF APPEARANCE

On behalf of Marialice Bathrus Williams, by and through her undersigned counsel, please enter the appearance of attorney Harley Daniels, D. C. Bar Number 50112, as additional named counsel for the Plaintiff in this proceeding.  Mr. Daniels is a Member of the United States District Court Bar in good standing.

Mr. Daniels' address is 3003 Van Ness Street, N. W., Suite W228, Washington, D. C. 20008, and his telephone number is (202) 468-7737.

Respectfully submitted,

_____/S/_____
Michael W. Beasley, Esq.
D.C. Bar No. 248930
411 East Broad Street
Falls Church, Virginia 22046
Phone: (703) 241-2909
Fax:    (703) 241-5885

        /S/
Brian Lederer, Esq.
D.C. Bar No. 184184
3003 Van Ness St., NW, Suite #W228
Washington, D.C. 20008
Phone: (202) 244-1715
Fax:    (202) 244-7833

*Counsel for Plaintiff*
*Marialice Bathrus Williams*

March 26, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this "Notice of Appearance" of attorney Harley Daniels, filed on behalf of Plaintiff, was provided by electronic mail filing and by first class mail, postage prepaid, this 26th day of March, 2007, to Evelyn L. Becker, Esquire, Kyra Anne Grundeman, Esquire, and Sarah Alexander Goldfrank, Esquire, O'MELVENY & MYERS, LLP, 1625 I Street, NW, Washington, D.C. 20006, Counsel for Defendants.

        /S/
Michael W. Beasley, Esq.
Counsel for Plaintiff