IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 1:05CV01483 |
| vs. : | |
| : | Judge John D. Bates |
| FEDERAL NATIONAL MORTGAGE : | |
| ASSOCIATION, *et al.* : | |
| : | |
| Defendants. : | |

## APPEARANCE

Please enter the appearance of the undersigned counsel for defendant Federal National Mortgage Association ("Fannie Mae").

April 3, 2007

Respectfully submitted,

\_\_\_\_/s/ Jonathan Griffith_____
Jonathan Griffith (D.C. Bar No. 456080)
Fannie Mae
3900 Wisconsin Ave., NW
Washington, D.C. 20016
(202) 752-6167 (phone)
(202) 752-4948 (fax)

*Counsel for Defendant Federal National Mortgage Association*