**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARIALICE BATHRUS WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-1483 |
| ) | (JDB) |
| **FANNIE MAE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PRAECIPE**
**(PLAINTIFF'S ATTORNEY CHANGE OF ADDRESS)**

The Clerk of Court will please note the following change of address and point-of-contact information for the Plaintiff's counsel in this proceeding, effective May 1, 2007:

    Attorney for Plaintiff (no change):  Michael W. Beasley, Esq.
    New Address:  200 Park Avenue, Suite 106
                    Falls Church, Virginia  22046
    New Phone:  (703) 533-5875
    New Fax:  (703) 533-5876
    New E-Mail:  beasleys2@verizon.net

                                            Respectfully submitted,

                                                 /s/  Michael W. Beasley
                                            Michael W. Beasley, Esq.
                                            D. C. Bar No. 248930
                                            200 Park Avenue, Suite 106
                                            Falls Church, Virginia  22046
                                            Phone:  (703) 533-5875
                                            Fax:  (703) 533-5876
                                            E-Mail:  beasleys2@verizon.net

                                            Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing Praecipe (Plaintiff's Attorney Change of Address) has been served through the Court's ECF filing system and also has been mailed, by first-class mail, postage prepaid, to the following named counsel for Defendants, this 1st day of May, 2007:

Sarah Alexander Goldfrank, Esq.
Evelyn L. Becker, Esq.
Kryra Anne Grundeman, Esq.
O'Melveny & Myers, LLP
1625 I Street, N. W.
Washington, D. C.  20006

Jonathan Lee Griffith, Esq.
Fannie Mae
3900 Wisconsin Avenue, N. W.
Washington, D. C.  20016

                                              /s/  Michael W. Beasley
                                              Michael W. Beasley, Esq.
                                              D. C. Bar No. 248930
                                              Attorney for Plaintiff