# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, | : |
| | : Civil Action No. 1:05CV01483 |
| Plaintiff, | : |
| | : |
| vs. | : Judge John D. Bates |
| | : |
| FEDERAL NATIONAL MORTGAGE | : |
| ASSOCIATION, *et al*. | : |
| | : |
| Defendants. | : |

## DEFENDANTS FEDERAL NATIONAL MORTGAGE ASSOCIATION, RICHARD LAWCH, AND GRACE HUEBSCHER'S MOTION FOR SUMMARY JUDGMENT

Defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch, and Grace Huebscher (collectively, "defendants") respectfully move this Court for summary judgment pursuant to FED. R. CIV. P. 56.

June 21, 2007

Respectfully submitted,

/s/ Sarah A. Goldfrank
Evelyn L. Becker (D.C. Bar No. 451163)
Sarah A. Goldfrank (D.C. Bar No. 482382)
Kyra A. Grundeman (D.C. Bar No. 493622)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300 (phone)
(202) 383-5414 (fax)

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*

2

Jonathan L. Griffith (D.C. Bar No. 456080)
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 752-6167 (phone)
(202) 752-4948 (fax)

*Counsel for Defendant Federal National Mortgage Association*

2