# **EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 1:05CV01483 |
| | : Judge John D. Bates |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.* | : |
| Defendants. | : **DECLARATION OF RICHARD LAWCH** |

I, Richard Lawch, hereby declare as follows:

1. I have been employed by the Federal National Mortgage Association ("Fannie Mae") since 1991. I currently hold the position of Senior Vice President of Community Investments.

2. I did not promise Ms. Williams contract business at any time.

3. I did not have any business interactions with Ms. Williams after December 20, 2001, when CAM Financial Services, Inc. ("CAM Financial") amended the complaint in the lawsuit entitled *CAM Financial Services, Inc. v. General Star Nat'l Insurance Co., et al.*, Civil Action No. 01-314 (S.D. Miss.) to add Fannie Mae as a party.

4. I did not have any business interactions with any officer, director or other representative from CAM Financial after December 20, 2001.

5. I never made false and defamatory comments regarding Ms. Williams to any officer, director or other representative from CAM Financial.

6. I never discouraged CAM Financial from doing business with Ms. Williams.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th of June 2007 at Bethesda, Md.

_____
RICHARD LAWCH