# **EXHIBIT E**

```
00001
 1          IN THE UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF MISSISSIPPI
 3                  SOUTHERN DIVISION
 4  - - - - - - - - - - - - - - - - X
 5  CAM FINANCIAL SERVICES, INC.,  :
 6        Plaintiff,       : Case No.1:01cv314BrR
 7  v.                     :
 8  GENERAL STAR NATIONAL INSURANCE :
 9  COMPANY; GENERAL STAR INDEMNITY :
10  COMPANY; GENERAL STAR MANAGEMENT:
11  COMPANY, GENERAL RE CORPORATION;:
12  GENERAL REINSURANCE CORPORATION;:
13  CRUMP INSURANCE SERVICES OF    :   VOLUME II
14  MEMPHIS, INC.; CRAIG OTT,      :
15  INDIVIDUALLY AND IN HIS        :
16  REPRESENTATIVE CAPACITY AS VICE :
17  PRESIDENT OF GENERAL STAR      :
18  MANAGEMENT COMPANY             :
19  FEDERAL NATIONAL MORTGAGE      :
20  ASSOCIATION                    :
21  (FANNIE MAE),                  :
22        Defendants.      :
23  - - - - - - - - - - - - - - - - X
24              Washington, D.C.
25              Friday, March 21, 2003
```

CONFIDENTIAL
FNMA.MBW.002104

```
00002
 1         Continued Videotape Deposition of
 2  MARIALICE WILLIAMS, a witness herein, called for
 3  examination by counsel for Defendant Fannie Mae, in
 4  the above-entitled matter, pursuant to subpoena, the
 5  witness being duly sworn by SUSAN L. CIMINELLI, a
 6  Notary Public in and for the District of Columbia,
 7  taken at the offices of Steptoe & Johnson, 1330
 8  Connecticut Avenue, N.W., Washington, D.C., at
 9  9:41:17 a.m., Friday, March 21, 2003, and the
10  proceedings being taken down by Stenotype by SUSAN L.
11  CIMINELLI, CRR, RPR, and transcribed under her
12  direction.
13  APPEARANCES:
14
15      On behalf of the Defendant Fannie Mae:
16          GERARD E. WIMBERLY, JR.,
17          McGlinchey Stafford PLLC
18          643 Magazine Street
19          New Orleans, LA  70130
20          (504) 586-1200
21
22
23
24
25
```

CONFIDENTIAL
FNMA.MBW.002105

00226

1        THE WITNESS:  No, he never told me not to
2   and I continued to until I left.
3        BY MR. WIMBERLY:
4    Q.   What did you do after you left?
5    A.   After I left, I attempted to work out
6   employment arrangements with CAM Financial, who
7   indicated an interest in bringing me on board shortly
8   before I left Fannie Mae.  But that did not work out.
9   It did not result in an agreement between us.  So I
10  then opened my own office.
11   Q.   When did you first discuss with CAM the
12  possibility of joining them after you left Fannie
13  Mae?
14   A.   In May of 1998.
15   Q.   Can you describe the occasions of that,
16  the circumstances of that discussion in May 1998?
17   A.   The circumstances were that Bob asked me
18  if I had any interest in working with CAM Financial.
19   Q.   And tell me everything you can remember
20  about that discussion, please.
21   A.   I believe it was fairly short.  He simply
22  asked me if I had an interest and I said I certainly
23  did.
24   Q.   Did he call you up and ask you that or
25  were you meeting face to face?

**March 21, 2003 FM of MAW**                                   **Page 226**

**CONFIDENTIAL**
**FNMA.MBW.002329**