# **EXHIBIT G**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

**THIS IS TO CERTIFY** that there were received and accepted for record in the Department of Consumer and Regulatory Affairs, Corporations Division, on the **19th** day of **October, 1998**, *Articles of Organization of:*

**RISK MITIGATION STRATEGISTS, LLC**

**WE FURTHER CERTIFY** that said Articles of Organization were Revoked by Proclamation on the **10th** Day of **November, 2003**, pursuant to the District of Columbia Limited Liability Company Act, for having failed and/or refused to file reports and pay all fees due and owing on or before June 16th, **2002** and **2003**.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **18th** day of **May, 2007**.


LINDA K. ARGO
Interim Director


Business and Professional Licensing Administration

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Adrian M. Fenty
Mayor