# **EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CAM FINANCIAL SERVICES, INC.,** | **PLAINTIFF** |
| VS | CIVIL ACTION NO. 1:01cv314GuRo |
| **GENERAL STAR NATIONAL INSURANCE COMPANY; GENERAL STAR INDEMNITY COMPANY; GENERAL STAR MANAGEMENT COMPANY; GENERAL RE CORPORATION; GENERAL REINSURANCE CORPORATION; CRUMP INSURANCE SERVICES OF MEMPHIS, INC.; CRAIG OTT, INDIVIDUALLY AND IN HIS REPRESENTATIVE CAPACITY AS VICE PRESIDENT OF GENERAL STAR MANAGEMENT COMPANY; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)** | **DEFENDANTS** |
| AND | |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** | **COUNTER-PLAINTIFF** <br> **JURY TRIAL DEMANDED** |
| VS. | |
| **CAM FINANCIAL SERVICES, INC.** | **COUNTER-DEFENDANT** |

## ORDER

Considering the Joint Motion for Dismissal with Prejudice filed by plaintiff, CAM Financial Services, Inc. ("CAM"), and defendant, Federal National Mortgage Association ("Fannie Mae"), by and through their attorneys, who have jointly moved the Court for an Order of Dismissal pursuant to the provisions of FED. R. CIV. P. 41(a)(2), dismissing with prejudice the claims herein, and the Court having received and considered the Motion and the evidence adduced in support thereof, and finding that the motion is well taken, and that the relief sought therein should be granted, counsel for the parties, having executed an Arbitration Agreement, agreeing to submit the remaining claims in this matter to binding arbitration, and the parties

524466.2

having agreed to a dismissal, with prejudice, of all claims, in anticipation of the pending arbitration.

IT IS THEREFORE ORDERED:

1. That the captioned matter is hereby dismissed, in its entirety, with prejudice; and

2. That each party shall bear its own costs relative to the dismissal entered hereby.

SO ORDERED AND ADJUDGED this 6th day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE


PREPARED BY AND APPROVED:

Signature Affixed
_____
GERARD E. WIMBERLY, JR. (MS #43132)
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 586-1200
Fax:   (504) 596-2800
Attorneys for Fannie Mae


APPROVED:

_____
JAMES R. REEVES, JR. (MS #9519)
Lumpkin & Reeves, PLLC
160 Main Street
Biloxi, Mississippi 39530
Attorneys for CAM Financial Services, Inc.

524466.2

having agreed to a dismissal, with prejudice, of all claims, in anticipation of the pending arbitration.

    IT IS THEREFORE ORDERED:

1.    That the captioned matter is hereby dismissed, in its entirety, with prejudice; and

2.    That each party shall bear its own costs relative to the dismissal entered hereby.

    SO ORDERED AND ADJUDGED this ____ day of _____, 2004.

    _____
    UNITED STATES DISTRICT JUDGE

**PREPARED BY AND APPROVED:**

*/s/ Gerard E. Wimberly, Jr.*
GERARD E. WIMBERLY, JR. (MS #43132)
McGlinchey Stafford, PLLC
643 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 586-1200
Fax:   (504) 596-2800
Attorneys for Fannie Mae

**APPROVED:**

_____
JAMES R. REEVES, JR. (MS #9519)
Lumpkin & Reeves, PLLC
160 Main Street
Biloxi, Mississippi 39530
Attorneys for CAM Financial Services, Inc.

524466.2