# **EXHIBIT M**

Case 1:05-cv-01483-JDB    Document 33-15    Filed 06/21/2007    Page 1 of 2



SBS Web Site | SBS Online Services | NAIC Services | NIPR Services | Help

**online license services**

Powered By: *NAIC*

District of Columbia Department of Insurance, Securities and Banking | 810 First Street, NE, Suite 701 | Washington, DC 20002 | (202) 727-800

# Licensee Look-up

This document may serve in lieu of a Letter of Certification.

**Report Date: May 4, 2007**
**Total Number of Licensees = 1**

| Selected Criteria | |
|---|---|
| **First Name** = Marialice | **Last Name** = Williams |
| **Business Entity Name** = None | **Is Resident?** = All |
| **License Num** = None | **License Type** = All |
| **License Status** = All | **LOAs** = All |
| **National Producer Number** = None | **DBA Name** = None |
| **Sort By** = Last Name | **Licensee Type:** = All |

\* Indicates those agents which have branch offices. Click the link to view.

| Look-Up Results | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| License Number | NPN | Res Status | Full Name | License Type | License Status | LOAs (Effective Date) | Expiration Date | DBA Name | Business Address City, State, Zip |
| 0196973 | 6768561 | Y | MARIALICE WILLIAMS | PRODUCER | EXPIRED | 1) PROPERTY (11/01/1998) 2) CASUALTY (11/01/1998) 3) PERSONAL LINES(11/01/1998) | 04/30/2003 | | WASHINGT DC, 20037 |

Back