# **EXHIBIT O**

```
00001
 1           IN THE UNITED STATES DISTRICT COURT
 2    SOUTHERN DISTRICT OF MISSISSIPPI
 3    SOUTHERN DIVISION
 4    -----------------X
 5    CAM FINANCIAL SERVICES, INC.,    :
 6         Plaintiff,         : Case No.1:01cv314BrR
 7    v.                      :
 8    GENERAL STAR NATIONAL INSURANCE  :
 9    COMPANY; GENERAL STAR INDEMNITY  :
10    COMPANY; GENERAL STAR MANAGEMENT :
11    COMPANY, GENERAL RE CORPORATION; :
12    GENERAL REINSURANCE CORPORATION; :
13    CRUMP INSURANCE SERVICES OF      :
14    MEMPHIS, INC.; CRAIG OTT,        :
15    INDIVIDUALLY AND IN HIS          :
16    REPRESENTATIVE CAPACITY AS VICE  :
17    PRESIDENT OF GENERAL STAR        :
18    MANAGEMENT COMPANY               :
19    FEDERAL NATIONAL MORTGAGE        :
20    ASSOCIATION                      :
21    (FANNIE MAE),                    :
22         Defendants.       :
23    -----------------X
24
25
```

May 5, 2003, FM of MAW                                        Page 1

CONFIDENTIAL
FNMA.MBW.002921

```
00002
 1              Washington, D.C.
 2              Monday, May 5, 2003
 3         Videotaped Deposition of MARIALICE
 4  WILLIAMS, a witness herein, called for examination by
 5  counsel for Defendant, Fannie Mae, in the
 6  above-entitled matter, pursuant to subpoena and
 7  agreement, the witness being duly sworn by PENNY M.
 8  DEAN, a Notary Public in and for the District of
 9  Columbia, taken at the offices of Steptoe & Johnson,
10  1330 Connecticut Avenue, N.W., Washington, D.C., at
11  9:55 a.m., Monday, May 5, 2003, and the proceedings
12  being taken down by Stenotype by PENNY M. DEAN, RPR,
13  and transcribed under her direction.
14
15
16
17
18
19
20
21
22
23
24
25
```

May 5, 2003, FM of MAW                                   Page 2

CONFIDENTIAL
FNMA.MBW.002922

00032
1  was also giving Grace Huebscher the decision-making
2  power and she clearly indicated that she did not want
3  to do any further business with me.
4        BY MR. WIMBERLY:
5   Q.   And how was he giving Ms. Huebscher the
6  decision-making power?
7   A.   I met with Ms. Huebscher at a restaurant
8  along with Rhoda Newman who used to work for me when
9  I was at Fannie Mae. And Ms. Huebscher indicated
10 that she was looking for new and innovative ways to
11 lay off risk and I told her that I had several brand
12 new concepts that I had developed and she indicated
13 that she would like to sign a confidentiality
14 agreement with me at that time and after doing so --
15 and it was a five-page confidentiality agreement
16 which covered all the ideas which I would disclose to
17 Ms. Huebscher. After that, and I brought in at great
18 expense and difficulty the internationally renowned
19 expert on captive insurance companies who had just
20 completed writing the regulations for the District of
21 Columbia and the application for the District of
22 Columbia's new captive program, she listened to all
23 of my ideas, I then began to corresponded with her by
24 e-mail and she would not respond to me at all, she
25 would not respond, I would cc Mr. Lawch, she would

CONFIDENTIAL
FNMA.MBW.002952

00033
1  not respond. So I received no response to any of my
2  efforts and therefore could not press any further
3  with Fannie Mae.
4     Q.  When was that?
5     A.  Some time -- it was over a very long
6  period of time, I spent a great deal of effort trying
7  to do business with Fannie Mae. It was over the
8  years between 1998 -- well, not really, probably
9  around 1999 after the -- the 12-month period had
10 elapsed in which I could not be considered for
11 employment and felt they probably wouldn't utilize me
12 as a consultant either. In fact, I did get
13 rejections of my efforts to get hired as a consultant
14 from Mr. Lawch so that was when I was working with
15 the former owner of the Denver Bullets, Denver, is it
16 Denver, whatever the Denver basketball team is --
17    Q.  Nuggets.
18    A.  Nuggets, right. And he approached
19 directly -- yes, I know that Washington was the
20 Bullets and now they are the Wizards and I think they
21 are both horrible names, buy anyway when I was
22 working -- I attempted to work with everybody, let me
23 just put it that way. I tried to go through Frank
24 Rains, I tried to go through Richard Lawch, I tried
25 to go through Rob Levin. I tried -- and these were

**May 5, 2003, FM of MAW**                                    **Page 33**

**CONFIDENTIAL**
**FNMA.MBW.002953**