# **EXHIBIT P**

```
00001
 1       IN THE UNITED STATES DISTRICT COURT
 2  SOUTHERN DISTRICT OF MISSISSIPPI
 3  SOUTHERN DIVISION
 4  - - - - - - - - - - - - - - - - X
 5  CAM FINANCIAL SERVICES, INC.,   :
 6      Plaintiff,          : Case No.1:01cv314BrR
 7      v.                  :
 8  GENERAL STAR NATIONAL INSURANCE :
 9  COMPANY; GENERAL STAR INDEMNITY :
10  COMPANY; GENERAL STAR MANAGEMENT:
11  COMPANY, GENERAL RE CORPORATION;:
12  GENERAL REINSURANCE CORPORATION;:
13  CRUMP INSURANCE SERVICES OF     :
14  MEMPHIS, INC.; CRAIG OTT,       :
15  INDIVIDUALLY AND IN HIS         :
16  REPRESENTATIVE CAPACITY AS VICE :
17  PRESIDENT OF GENERAL STAR       :
18  MANAGEMENT COMPANY              :
19  FEDERAL NATIONAL MORTGAGE       :
20  ASSOCIATION                     :
21  (FANNIE MAE),                   :
22      Defendants.         : VOL. IV
23  - - - - - - - - - - - - - - - - X   CONFIDENTIAL
24           Washington, D.C.
25           Tuesday, May 6, 2003
```

May 6, 2003 FM of MAW                                    Page 1

CONFIDENTIAL
FNMA.MBW.003184

```
00002
 1          Videotaped Deposition of MARIALICE
 2   WILLIAMS, a witness herein, called for examination by
 3   counsel for Defendant, Fannie Mae, in the
 4   above-entitled matter, the witness being previously
 5   duly sworn, taken at the offices of Steptoe &
 6   Johnson, 1330 Connecticut Avenue, N.W., Washington,
 7   D.C., at 9:37 a.m., Tuesday, May 6, 2003, and the
 8   proceedings being taken down by Stenotype by PENNY M.
 9   DEAN, RPR, and transcribed under her direction.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL
FNMA.MBW.003185

00128
1   A.   Yes, it does.
2   Q.   Was this E-mail send on or about August
3 6th, 2001?
4   A.   It appears that way.
5   Q.   Would you read the first paragraph,
6 please?
7   A.   "We are looking forward to meeting with
8 you on the 21st of August. However, we want to make
9 certain that Kate is on target with her presentation.
10 Could you please let us know if you are looking at
11 the captive as a potential credit enhancement tool
12 for Fannie Mae or as a tool that the DUS lenders
13 could use."
14   Q.   And then the third paragraph beginning
15 finally, there is just one sentence, can you read
16 that for the record?
17   A.   "Finally, could we spend a little time
18 discussing the other two questions from the insurance
19 companies that we posed to you at the end of May."
20   Q.   And then lastly, just read the next
21 sentence, please?
22   A.   "My partner, Harvey Hartsfield, will be
23 working with Kate on her presentation, so please cc
24 him on your response."
25   Q.   Did you in fact have that meeting on the

CONFIDENTIAL
FNMA.MBW.003311

00129
1   21st of August?
2   A.   Yes, we did.
3   Q.   And who was there?
4   A.   Kate Westover.
5   Q.   And what was her position?
6   A.   Kate Westover is an international
7   authority on captive insurance.
8   Q.   Where did the meeting occur?
9   A.   At Fannie Mae.
10  Q.   Who was there for Fannie Mae?
11  A.   Grace Huebscher, an attorney whom I did
12  not know and I believe Rhoda Newman, but I'm not
13  certain, and Harvey Hartsfield.
14            (Williams Exhibit No. 42 was
15            marked for identification.)
16       BY MR. WIMBERLY:
17  Q.   I'm going to hand your counsel a document
18  marked Exhibit 42. And when you're satisfied it is
19  not objectionable, Ms. Williams, if you would hand it
20  to your client, I would appreciate it.
21       MS. WILLIAMS:  It starts -- the document
22  starts with page 2, 3, 4.
23       MR. WIMBERLY:  The document bears Bates
24  numbers 10524, 525, 526, 527, and it's from CAM's
25  business records. And this is the way it was

CONFIDENTIAL
FNMA.MBW.003312