# **EXHIBIT S**

```
00001
  1
  2  IN THE UNITED STATES DISTRICT COURT
  3  SOUTHERN DISTRICT OF MISSISSIPPI
  4  SOUTHERN DIVISION
  5  -----------------------------------x
  6  CAM FINANCIAL SERVICES INC.,
  7            Plaintiff,
  8       -against-      No. 1:01cv314BrR
  9  GENERAL STAR NATIONAL INSURANCE COMPANY;
     GENERAL STAR INDEMNITY COMPANY; GENERAL
 10  STAR MANAGEMENT COMPANY; GENERAL RE
     CORPORATION; GENERAL REINSURANCE
 11  CORPORATION; CRUMP INSURANCE SERVICES OF
     MEMPHIS INC.; FEDERAL NATIONAL MORTGAGE
 12  ASSOCIATION (FANNIE MAE),
 13            Defendants.
     -----------------------------------x
 14
              January 19, 2004
 15           9:19 a.m.
 16      Videotaped deposition of CRAIG J. OTT,
 17  taken by Plaintiff, pursuant to notice, at
 18  the offices of Dewey Ballantine LLP, 1301
 19  Avenue of the Americas, New York, New York,
 20  before Gail F. Schorr, a Certified Shorthand
 21  Reporter, Certified Realtime Reporter and
 22  Notary Public within and for the State of
 23  New York.
 24
 25
```

**Jan 19, 2004 - CAM of Craig Ott**                     Page 1

CONFIDENTIAL
FNMA.MBW.004939

```
00002
 1
 2  APPEARANCES:
 3    LUMPKIN & REEVES
      Attorneys for Plaintiff
 4      160 Main Street
        Biloxi, Mississippi  39533
 5
      BY:  JAMES R. REEVES, ESQ.
 6
 7
      BYRD & WISER
 8    Attorneys for Plaintiff
        145 Main Street
 9      P.O. Box 1939 (39533)
        Biloxi, Mississippi 39530
10
      BY:  NICHOLAS VAN WISER, ESQ.
11
12
      McGLINCHEY STAFFORD PLLC
13    Attorneys for Defendant FEDERAL
      NATIONAL MORTGAGE ASSOCIATION (FANNIE
14    MAE)
         643 Magazine Street
15       New Orleans, Louisiana 70130
16    BY:  GERARD E. WIMBERLY, JR., ESQ.
           -and-
17       CYNTHIA L. BROWNE, ESQ.
18
19    DEWEY BALLANTINE LLP
      Attorneys for Defendant GENERAL STAR
20       1301 Avenue of the Americas
         New York, New York 10019-6092
21
      BY:  DAVID J. GRAIS, ESQ.
22
23
24
25
```

Jan 19, 2004 - CAM of Craig Ott    Page 2

CONFIDENTIAL
FNMA.MBW.004940

00014
  1  CRAIG J. OTT

  2  courses?

  3  A.  No, sir.

  4  Q.  Where is Pace University?

  5  A.  New York City.

  6  Q.  All right. Did you attend

  7  those at night while you maintained your

  8  full-time job?

  9  A.  That's correct.

10  Q.  Walk me forward with your work

11  history from the time that you graduated

12  undergraduate -- from the undergraduate

13  college in I think '68 you said. Tell us

14  the various jobs that you've held up to the

15  time that you went to work with the Gen Star

16  companies?

17  A.  I worked for Aetna C&S in

18  Rochester, New York.

19  Q.  I'll tell you, so we don't

20  interrupt you flow, I'll interrupt you here,

21  but as you go through this if you can tell

22  me generally what your job title was and a

23  brief description of what you did it will

24  save us from having to come back and ask

25  that question once you're through.

CONFIDENTIAL
FNMA.MBW.004952

00015
```
 1  CRAIG J. OTT
 2  A.   Okay. I worked for Aetna C&S
 3  in Rochester, New York, for an agency as an
 4  underwriter, performing typical underwriting
 5  duties.
 6  I left there and moved
 7  after -- that was after I was discharged
 8  from the army in 1970. So I moved to New
 9  Jersey in 1972 where I took a position with
10  Reynolds Securities, a New York Stock
11  Exchange firm as a registered
12  representative. I worked as a stock broker
13  there for two years. I left there and went
14  to -- took a position with General
15  Reinsurance Corporation as an underwriter.
16  Q.   Approximately what year would
17  that have been?
18  A.   1973.
19  Q.   You hired on there at Gen Re
20  as an underwriter?
21  A.   Yes.
22  Q.   Tell us in a very summary
23  fashion generally what an underwriter at Gen
24  Re, Gen Star Company does?
25  A.   The position I held was
```

CONFIDENTIAL
FNMA.MBW.004953

00016
```
 1  CRAIG J. OTT
 2  property facultative underwriter.  I
 3  entertained risk submissions from insurance
 4  companies for the purpose of mitigating,
 5  transferring, reducing risk on their part.
 6  Facultative reinsurance is an
 7  account-by-account acceptance, risk
 8  acceptance process.
 9  I left General Re in 1977,
10  '78, I'm not clear on that.  '78, I believe.
11  Q.  Why did you leave?
12  A.  To start my own business.  I
13  went to work as a broker at a small firm
14  called RFC Intermediaries.  I worked there
15  for one year as a property facultative
16  reinsurance broker.  I then left there and
17  started my own business called First
18  Manhattan Intermediaries in 1978.
19  First Manhattan Intermediaries
20  was a reinsurance brokerage firm.  We had an
21  office in New York.  A year later we opened
22  an office in Chicago.  We had about 20 -- as
23  I recall, 20 to 25 employees.  We were
24  acquired by Alexander & Alexander in 1981 --
25  '83, 1983 I believe it was.
```

CONFIDENTIAL
FNMA.MBW.004954

00017
1  CRAIG J. OTT
2  Q.  Where did you go next?
3  A.  That acquisition was -- we
4  were made part of a subsidiary of Alexander
5  & Alexander known as Thomas A. Greene &
6  Company. I worked there until 1988. I left
7  there to join another reinsurance brokerage
8  firm called -- I don't remember what it was
9  called at the time. It was in a transition.
10  It became Aon Risk Services I believe was
11  the final name.
12  Q.  Aon Risk Services?
13  A.  I believe that was it. It was
14  not -- you cannot use the word reinsurance
15  in a brokerage name, so. And it wasn't Aon
16  Re. I believe it was Aon Risk Services. I
17  worked there for one year and I was
18  recruited away by another firm known as John
19  F. Sullivan Company in Philadelphia,
20  Pennsylvania.
21  Q.  Sorry, backing up. What did
22  you do at Aon Risk Services?
23  A.  Reinsurance broker, same as
24  Thomas A. Greene before that.
25  Q.  All right. We're up to

CONFIDENTIAL
FNMA.MBW.004955

00018
 1  CRAIG J. OTT
 2  Sullivan. What did you do there?
 3  A.   Reinsurance broker. I worked
 4  there until 1995. During that time I was a
 5  reinsurance broker and worked on information
 6  systems based reinsurance projects. I
 7  worked at General Star in 1995. I worked
 8  there for five years until 2000, 2000.
 9  Q.   Did you hold the same job
10  title or position during your entire tenure?
11  A.   At which?
12  Q.   At Gen Star.
13  A.   At Gen Star. No, I was
14  promoted once while I was there.
15  Q.   What was your initial hire-in
16  title?
17  A.   Second vice president. I was
18  promoted to vice president.
19  Q.   When was that promotion?
20  A.   I would say it was perhaps in
21  1997.
22  Q.   Were you second vice
23  president, vice president of any particular
24  division?
25  A.   Yes.

CONFIDENTIAL
FNMA.MBW.004956

00019
1  CRAIG J. OTT
2  Q.  What division?
3  A.  I was responsible for the
4  operation of the property division of
5  General Star.
6  Q.  From 1997 up until the time
7  that you left Gen Star in 2000, who was your
8  supervisor?
9  A.  Kevin Brooks.
10  Q.  Was he your supervisor during
11  the entire time that you worked at Gen Star?
12  A.  That's correct.
13  Q.  So there was no level of
14  supervisor between you and Kevin Brooks?
15  A.  No, sir.
16  Q.  Who did you supervise?
17  A.  I had five branch offices,
18  Atlanta, Dallas, Chicago, New York and Los
19  Angeles.  So I supervised the managers of
20  the property department in those five
21  offices.
22  Q.  All right.  Who were they?
23  A.  Atlanta was Cliff Groover.
24  Dallas was Jerry Miller.  Los Angeles,
25  Michael Denton.  New York, Robert Wenzel.

Jan 19, 2004 - CAM of Craig Ott                     Page 19

CONFIDENTIAL
FNMA.MBW.004957

00020
1  CRAIG J. OTT

2  And Chicago, Bruce Wise. And there was some

3  turnover during that time, but those were

4  the original contacts in those five offices.

5  Q. Describe for us your duties

6  and responsibilities on a typical, routine

7  daily or weekly basis during this time

8  period at Gen Star.

9  MS. BERGIN: Object to the

10  form.

11  A. My responsibility was to

12  manage the affairs of those, the individuals

13  in those departments regarding their

14  direction of production, their focus on

15  products, and of course the goal was to

16  generate an underwriting profit.

17  Q. How often did you meet with

18  Mr. Brooks?

19  A. There was no -- we had monthly

20  meetings. Other than that, there were no

21  set pattern -- there was no set pattern of

22  meetings, but I would say that we met

23  intermittently perhaps once every other

24  week. And we would have an annual meeting

25  as well as an annual planning meeting.

CONFIDENTIAL
FNMA.MBW.004958