IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, | : |
| Plaintiff, | : |
| | : Civil Action No. 1:05CV01483 |
| vs. | : |
| | : Judge John D. Bates |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.* | : |
| | : **DECLARATION OF KYRA** |
| Defendants. | : **GRUNDEMAN** |

I, Kyra A. Grundeman, hereby declare as follows:

1. I am counsel for defendant Federal National Mortgage Association ("Fannie Mae"), Richard Lawch, and Grace Huebscher (collectively, "defendants") in the above-captioned action. I am over eighteen years of age, and the statements made herein are based on my personal knowledge, unless otherwise indicated.

2. Attached to defendants' Memorandum in Support of Motion for Summary Judgment are true and correct copies of the following documents:

   Exh. A   Declaration of Grace Huebscher, with true and correct copies of excerpts of depositions taken in the lawsuit entitled *CAM Financial Services, Inc. v. General Star Nat'l Insurance Co., et al.*, Civil Action No. 01-314 (S.D. Miss.) ("CAM Financial lawsuit") attached at Tab 1 of Exhibit A.

   Exh. B   March 28, 2007 Deposition of Marialice Williams, with a true and correct copy of Exhibit 1 of this deposition, Bates-labeled FNMA.MBW.008015-8018, attached at Tab 1 of Exhibit B.

   Exh. C   Defendant Fannie Mae's Response to Plaintiff's First Set of Interrogatories.

   Exh. D   Declaration of Richard Lawch.

   Exh. E   Excerpts from the March 21, 2003 Deposition of Marialice Williams,

|         | |
|---------|---|
|         | taken in the CAM Financial lawsuit. |
| Exh. F  | May 7, 2007 Deposition of Marialice Williams, with a true and correct copy of Exhibit 10 of this deposition, attached at Tab 1 of Exhibit F. |
| Exh. G  | District of Columbia Certificate of Revocation. |
| Exh. H  | April 11, 2007 Deposition of Robert Jones, with a true and correct copy of Exhibit 2 of this deposition, Bates-labeled FNMA.MBW.008002-8004, attached at Tab 1 of Exhibit H; a true and correct copy of Exhibit 4 of this deposition, Bates-labeled FNMA.MBW.007369-7370, attached at Tab 2 of Exhibit H; and a true and correct copy of Exhibit 7 of this deposition, Bates-labeled FNMA.MBW.006230-6232, FNMA.MBW.008031, attached at Tab 3 of Exhibit H. |
| Exh. I  | CAM Financial Litigation Amended Complaint. |
| Exh. J  | CAM Financial Litigation Dismissal Order. |
| Exh. K  | Plaintiff's Answer to Defendants' Interrogatory Requests. |
| Exh. L  | Excerpts from the March 17, 2003 Deposition of Marialice Williams, taken in the CAM Financial lawsuit. |
| Exh. M  | District of Columbia Department of Insurance, Securities & Banking Licensee Look-Up. |
| Exh. N  | Marialice Williams' Draft Complaint. |
| Exh. O  | Excerpts from the May 5, 2003 Deposition of Marialice Williams, taken in the CAM Financial lawsuit. |
| Exh. P  | Excerpts from the May 6, 2003 Deposition of Marialice Williams, taken in the CAM Financial lawsuit. |
| Exh. Q  | Declaration of Kathryn Westover. |
| Exh. R  | Document Bates-labeled FNMA.MBW.008057, produced by defendants in this litigation. |
| Exh. S  | Excerpts from the Jan. 19, 2004 Deposition of Craig Ott, taken in the CAM Financial lawsuit. |
| Exh. T  | Document Bates-labeled FNMA.MBW.007996-7998, produced by defendants in this litigation. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2007 at Washington, D.C.

KYRA A. GRUNDEMAN