IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIALICE BATHRUS WILLIAMS, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> FEDERAL NATIONAL MORTGAGE : <br>   ASSOCIATION, *et al*. : <br> : <br> Defendants. : | Civil Action No. 1:05CV01483 (JDB) |

### [PROPOSED] ORDER

Upon consideration of Defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch, and Grace Huebscher's ("defendants") Motion for Summary Judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment is **GRANTED IN ITS ENTIRETY**; it is further

**ORDERED** that plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

_____
HONORABLE JUDGE JOHN D. BATES
United States District Judge