**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via ECF to Michael W. Beasley, Esq. and via Federal Express this 21st day of June 2007 upon:

Brian Lederer, Esq.
3003 Van Ness Street, N.W.
Suite #W228
Washington, D.C. 20008

Harley Jay Daniels
5511 Second Street, NW
Washington, DC 20011

                                                            /s/ Sarah A. Goldfrank
                                                            Sarah A. Goldfrank
                                                            Kyra A. Grundeman