UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>FANNIE MAE, et al.,   )<br>)<br>Defendants.   )<br>) | Civil Action No. 05-cv-1483<br>(JDB) |

## ORDER

This matter came before the Court on the motion of Plaintiff Williams for an extension of time to file her Opposition to the Defendants' Motion for Summary Judgment in this proceeding. Based upon the reasons set forth in the motion, the Defendants' consent, and the full record of this proceeding, it is hereby ORDERED that Plaintiff's motion is GRANTED.

It is FURTHER ORDERED that Plaintiff shall file her Opposition to the Defendants' Motion for Summary Judgment on or prior to September 21, 2007, and that Defendants shall file any Reply pleading on or prior to October 12, 2007.

_____
UNITED STATES DISTRICT JUDGE

Case 1:05-cv-01483-JDB    Document 34-2    Filed 07/09/2007    Page 2 of 2

Serve:

Michael W. Beasley, Esq.
200 Park Avenue
Suite 106
Falls Church, Virginia  22046

Brian J. H. Lederer, Esq.
3003 Van Ness Street, N. W.
Suite W228
Washington, D. C.  20008

Sarah Alexander Goldfrank, Esq.
Evelyn L. Becker, Esq.
Kyra Anne Grundeman, Esq.
O'Melveny & Myers, LLP
1625 I Street, N. W.
Washington, D. C.  20006

Jonathan Lee Griffith, Esq.
Fannie Mae
3900 Wisconsin Avenue, N. W.
Washington, D. C.  20016

2