UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIALICE BATHRUS WILLIAMS,**    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No. 05-cv-1483 |
| ) | (JDB) |
| **FANNIE MAE, et al.,**    ) | |
| ) | |
| Defendants.    ) | |

**PLAINTIFF'S SECOND CONSENT MOTION FOR
EXTENSION OF TIME TO FILE OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Marialice Bathrus Williams, by and through counsel, hereby moves for an additional extension of time to October 5, 2007, for filing her Opposition to the Defendants' Motion for Summary Judgment in this proceeding. The current deadline for the filing of such Opposition is September 21, 2007.

The purpose of the requested extension of time is to permit the parties to conclude, execute and file settlement documents pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This motion has been discussed with counsel for the Defendants, and consent has been given. Additionally, coordination has been effected to establish a recommended Defendants' Reply Brief date of October 26, 2007, preserving the 21-day period in which Defendants may reply to any Opposition filed.

A proposed Order is provided herewith for the Court's consideration.

Respectfully submitted,

   /s/ *Michael W. Beasley*
Michael W. Beasley, Esq.
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
Fax:  (703) 533-5876
E-Mail:  beasleys2@verizon.net
Attorney for Plaintiff Marialice B. Williams

September 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing "Plaintiff's Second Consent Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment," with proposed Order, has been served through the Court's ECF filing system to each of the following named counsel for Defendants, this 13th day of September, 2007:

Sarah Alexander Goldfrank, Esq.
Evelyn L. Becker, Esq.
Kyra Anne Grundeman, Esq.
O'Melveny & Myers, LLP
1625 I Street, N. W.
Washington, D. C.  20006

Jonathan Lee Griffith, Esq.
Fannie Mae
3900 Wisconsin Avenue, N. W.
Washington, D. C.  20016

   /s/ *Michael W. Beasley*
Michael W. Beasley, Esq.
D. C. Bar No. 248930
Attorney for Plaintiff

2