UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIALICE BATHRUS WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-cv-1483 |
| ) | (JDB) |
| FANNIE MAE, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Marialice Bathrus Williams, by and through counsel, hereby moves for an additional extension of time to October 12, 2007, for filing her Opposition to the Defendants' Motion for Summary Judgment in this proceeding. The current deadline for the filing of such Opposition is October 5, 2007.

The purpose of the requested extension of time is to permit the parties to conclude, execute and file settlement documents pursuant to Rule 41 of the Federal Rules of Civil Procedure. While it originally was anticipated that such actions would be complete by October 5, 2007, the parties are still reaching agreement on specific terms and language of the settlement agreement.

This motion has been discussed with counsel for the Defendants, and Defendants do not oppose this further motion for additional time. Additionally, coordination has been accomplished to establish a recommended Defendants' Reply Brief date of

November 2, 2007, preserving the 21-day period in which Defendants may reply to any Opposition filed.

    A proposed Order is provided herewith for the Court's consideration.

                  Respectfully submitted,

                  /s/ *Michael W. Beasley*
                  Michael W. Beasley, Esq.
                  200 Park Avenue, Suite 106
                  Falls Church, Virginia  22046
                  Phone:  (703) 533-5875
                  E-Mail:  beasleys2@verizon.net
                  Attorney for Plaintiff Marialice B. Williams

October 4, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that one copy of the foregoing "Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion for Summary Judgment," with proposed Order, has been served through the Court's ECF filing system to each of the following named counsel for Defendants, this 4th day of October, 2007:

Sarah Alexander Goldfrank, Esq.
Evelyn L. Becker, Esq.
Kyra Anne Grundeman, Esq.
O'Melveny & Myers, LLP
1625 I Street, N. W.
Washington, D. C.  20006

Jonathan Lee Griffith, Esq.
Fannie Mae
3900 Wisconsin Avenue, N. W.
Washington, D. C.  20016

                  /s/ *Michael W. Beasley*
                  Michael W. Beasley, Esq.
                  D. C. Bar No. 248930
                  Attorney for Plaintiff