UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIALICE BATHRUS WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-cv-1483 (JDB) |
| FANNIE MAE, et al., | ) ) | |
| Defendants. | ) ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Marialice Bathrus Williams and Defendants Federal National Mortgage Association ("Fannie Mae"), Richard Lawch, and Grace Huebscher (collectively, "Defendants"), do hereby stipulate to the dismissal with prejudice of this lawsuit, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ *Michael W. Beasley*
Michael W. Beasley (D. C. Bar No. 248930)
200 Park Avenue, Suite 106
Falls Church, Virginia  22046
Phone:  (703) 533-5875
Fax:  (703) 533-5876
E-Mail:  beasleys2@verizon.net

Brian J. H. Lederer (D. C. Bar No. 184184)
3003 Van Ness Street, N. W., Suite W228
Washington, D. C.  20008
Phone:  (202) 244-1715

*Counsel for Plaintiff Marialice B. Williams*

      /s/ *Sarah A. Goldfrank*
Evelyn L. Becker (D. C. Bar No. 451163)
Sarah A. Goldfrank (D. C. Bar No. 482382)
Kyra A. Grundeman (D. C. Bar No. 493622)
O'Melveny & Myers, LLP
1625 Eye Street, N. W.
Washington, D. C.  20006
Phone:  (202) 383-5300
Fax:  (202) 383-5414

*Counsel for Defendants Federal National Mortgage Association, Richard Lawch and Grace Huebscher*


Jonathan L. Griffith (D. C. Bar No. 456080)
Fannie Mae
3900 Wisconsin Avenue, N. W.
Washington, D. C.  20016
Phone:  (202) 752-6167
Fax:  (202) 752-4948

*Counsel for Defendant Federal National Mortgage Association*

October 12, 2007